```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

MIROSLAV VAJIC, on behalf of all other
persons similarly situated, DANIEL
SLAMNA, MIHAI BOROZIA, LUCIAN BARBU,
OSCAR AGUSTIN FLORES-SILVA, JUAN MIGUEL          12 Civ. 757 (RWS)
ESTRADA-ROSALES, and ALESSANDRO RAGONE,
                                                 OPINION
                      Plaintiffs,

     - against -

API RESTAURANT CORP., CELLA FINE FOODS
INC., PIO RESTAURANT, LLC, SETA
RESTAURANT CORP., GIOVANNI APICELLA and
ANTONIO SPIRIDIGLIOZZI,

                      Defendants.

------------------------------------------X
```

**Sweet, D.J.**

The Notice of Collective Action Lawsuit proposed by plaintiffs Miroslav Vajic ("Vajic"), on behalf of all other persons similarly situated, Daniel Slamna, Mihai Borozia, Lucian Barbu, Oscar Agustin Flores-Silva, Juan Miguel Estrada-Rosales and Alessandro Ragone (collectively, the "Plainitiffs") is approved with the changes represented by the letter submitted by defendants API Restaruant Corp., Cella Fine Foods Inc., Giovanni Apicella and Antonio Spiridigliozzi (collectively the "Defendants") on April 3, 2014.

Defendants' motions, submitted via letter on December 18, 2013, are hereby dismissed as moot.

It is so ordered.

**New York, NY**
**April 21, 2014**

_____
ROBERT W. SWEET
U.S.D.J.